

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00272-CV

———————————————

KAELEFF THOMAS KUSPA, Appellant

V.

JESSICA P. KUSPA, Appellee

---

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-739209-23

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant Kaeleff Thomas Kuspa attempts to appeal from the trial court's June 6, 2025 "Order Granting Petitioner's Emergency Motion to Secure Property." On June 12, 2025, we notified Appellant of our concern that we lack jurisdiction over this appeal because the order did not appear to be a final judgment or appealable interlocutory order. We warned Appellant that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We received no response.

Generally, appeals may be taken only from final judgments. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if allowed by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

We have confirmed that the underlying divorce proceeding remains pending. Because the trial court has not signed a final judgment or an appealable interlocutory order in this case, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: July 17, 2025